FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

UNITED STATES DISTRICT COURT     2002 MAR 25  A 9: 22

MIDDLE DISTRICT OF LOUISIANA     SIGN_____ *a*
                                 BY DEPUTY CLERK

| | | |
|---|---|---|
| MARK REED | * | CIVIL ACTION NO. *02-300* |
| | * | |
| VERSUS | * | |
| | * | JUDGE *C* |
| BOISE CASCADE COMPANY AND | * | |
| BE&K ENGINEERING COMPANY | * | |
| AND/OR BE&K, INC. OF ALABAMA | * | MAGISTRATE *3* |
| AND/OR BE&K CONSTRUCTION | * | |
| COMPANY | | |

**************************************************************************

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

**BE&K CONSTRUCTION COMPANY**, hereinafter referred to as Mover, file this Notice

of Removal of this cause to the United States District Court for the Middle District of Louisiana, and

in support of this Notice of Removal respectfully show the Court the following:

I.

Mover is a Defendant in the above-styled cause which has been filed in the 19th Judicial

District Court, Parish of East Baton Rouge, State of Louisiana, as Cause No. 492254 "H". Copies

of the Petition for Damages, and Citation, are attached to this Notice of Removal and marked for

identification in globo as Exhibit "A". Exhibit "A" constitutes all process and pleadings which have

been filed and served in this action on **BE&K CONSTRUCTION COMPANY**.

| INITIALS | DOCKET# |
|---|---|
| *mme* | 1 |

*C: J5*

II.

In the Petition for Damages, **MARK REED** alleges *inter alia* that he was injured on February 27, 2001 while working inside a tank at the **BOISE CASCADE** plant in DeRidder, Louisiana.

III.

The civil action described above is brought by **MARK REED**, a resident of Jefferson Parish, Louisiana. **BE&K CONSTRUCTION COMPANY** is incorporated under the laws of the State of Delaware with its principal office located in Alabama. **BE&K CONSTRUCTION COMPANY** was not a citizen or resident of the State of Louisiana at the time this civil action was instituted. **BOISE CASCADE CORPORATION** is, upon information and belief, a Delaware Corporation, with its principal office located in Idaho.

IV.

Mover represents that although the Petition for Damages is vague, it is alleged by **REED** that he has sustained "severe and disabling injuries" and that he required "extensive hospitalization", and the allegations by Plaintiff appear to indicate the assertion of a claim exceeding the requisite jurisdictional amount.

V.

This civil action is one in which this Honorable Court has original jurisdiction by reason of diversity of citizenship and amount in controversy, 28 U.S.C. § 1332, and is removable under 28 U.S.C. § 1441, *et seq.*

VI.

This Notice of Removal is being filed within 30 days of Mover's receipt of Plaintiff's Petition for Damages and is therefore timely filed under 28 U.S.C. § 1446.

VII.

Promptly after filing this Notice of Removal, Mover is serving written Notice of Removal upon the adverse party, and a copy of this Notice of Removal is being filed with the Clerk of the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, to effect the removal of this action to this Court, all in conformity with 28 U.S.C. § 1446.

WHEREFORE, **BE&K CONSTRUCTION COMPANY** prays that this Notice of Removal be accepted as good and sufficient, and that the above-captioned civil action be removed from the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, to this Honorable Court, for trial and determination as provided by law; that this Court enter such orders and issue such process as may be necessary and proper and thereupon proceed with this civil action as if originally commenced in this Court, and for all necessary and appropriate orders and decrees in accordance with the applicable law.

BREAUD & LEMOINE
(A Professional Law Corporation)

_____
ANDREW H. MEYERS (14221)
600 Jefferson Street, Suite 1101
P. O. Box 3448
Lafayette, LA  70502
(337) 266-2200
Attorney for **BE&K CONSTRUCTION COMPANY**

-3-

MAR 12 '02 01:30PM-BC&K CORPORATE-CHI-FL-2050726G90 P.7

CITATION

Form C 002

MARK REED _____ No. C 492254 Div: H
_____ Plaintiff     19th JUDICIAL DISTRICT COURT
vs                                     PARISH OF EAST BATON ROUGE
                                       STATE OF LOUISIANA
BOISE CASCADE CORPORATION, ET AL _____
                        Defendant


TO:  BE&K Engineering Company and/or BE&K Inc. of Alabama and/or
     BE&K Construction Company
     through its agent for service,
     The Prentice-Hall Corporation System, Inc
     643 South Peters St., Second Floor, New Orleans, LA 70130

        YOU HAVE BEEN SUED.

        Attached to this citation is a certified copy of a petition. The
attached copy tells you what you are being sued for.

        You must EITHER do what the petition asks OR notify the attorney/plaintiff
after you have received these documents, you must file an answer or other
legal pleadings in the office of the Clerk of this Court at the Governmental
Building, 222 St. Louis Street, Baton Rouge, Louisiana.

        If you do not do what the petition asks, or if you do not file an answer
or legal pleading within fifteen (15) days, a judgment may be entered against
you without further notice. This citation was requested by attorney FRANK A.
COURTENAY JR on behalf of MARK REED.

        This citation was issued by the Clerk of Court for East Baton Rouge
Parish, on the 11th day of February, 2002.

                                    [signature]
                                Deputy Clerk of Court for
                                Doug Welborn, Clerk of Court

    * Also attached are the following documents:


                        SERVICE INFORMATION

Received on the _____ day of _____, 20___ and on the _____ day
of _____, 20___ served the above named party as follows:

PERSONAL SERVICE: on the party herein named _____
at _____

DOMICILIARY SERVICE: on the within named _____ by leaving
the same at his domicile in this parish in the hands of _____ a
person of suitable age and discretion residing in said domicile
at _____

SECRETARY OF STATE: by tendering same to the within named, by sending same
to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the
within named _____ or his domicile _____
legally authorized to represent him.

RETURNED: Parish of _____, this _____ day
of _____, 20___

SERVICE:  $_____
MILEAGE:  $_____          _____
TOTAL:    $_____               Deputy Sheriff
                                     Parish of East Baton Rouge Louisiana


EXHIBIT
A

MAR 12 '02  01:23PM BE&K CORPORATE 6TH FL 2059726698_                    P.3_

19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO. 492254

DIVISION H

MARK REED

VERSUS

BOISE CASCADE CORPORATION AND BE&K ENGINEERING COMPANY AND/OR BE&K, INC. OF ALABAMA AND/OR BE&K CONSTRUCTION COMPANY

FILED: _____        _____
                                            DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes petitioner, Mark Reed, a person of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana, who respectfully avers as follows:

1.

Made defendants herein are:

(a)     Boise Cascade Corporation, a Delaware corporation licensed to do business in this State, which has its principal business establishment in Louisiana in the Parish of East Baton Rouge, and at all material times herein, was the owner and operator of an industrial plant in DeRidder, Louisiana; and

(b)     BE&K Engineering Company and/or BE&K Inc. of Alabama and/or BE&K Construction Company (hereinafter collectively referred to as "BE&K"), all non-Louisiana corporations licensed to do business in this State, which have their respective principal business establishments in Louisiana in the Parish of Orleans, Parish of Orleans, and the Parish of East Baton Rouge.

2.

On or about February 27, 2001, plaintiff, Mark Reed, was a diver employed by PSC Industrial Outsourcing, Inc. and was assigned to remove hazardous waste from certain large tanks that were owned and operated by defendant, Boise Cascade Corporation, at Boise Cascade's industrial plant in DeRidder, Louisiana.

3.

On or about February 27, 2001, defendant, BE&K, was contractually engaged to oversee or monitor the safe removal of hazardous waste from certain large tanks that were owned and operated

MAR 12 '02  01:25PM BE&K CORPORATE 6TH FL 2059726598                    P.4

by defendant, Boise Cascade Corporation, at Boise Cascade's industrial plant in DeRidder, Louisiana.

4.

On the above-stated date, at the aforementioned Boise Cascade industrial plant location, plaintiff, Mark Reed, was submerged inside a tank performing his assigned diving duties in a diligent, professional, and workmanlike manner when suddenly and without warning both of his legs, up to his thighs, were violently sucked into a gravity feed discharge pipe or drain and remained stuck there for over an hour causing him to suffer excruciating pain, horrific trauma, supernatural hallucinations, and other severe and disabling injuries to his mind and body, including, but not limited to, extensive petechial hemorrhaging from the upper thighs to his feet, bilateral compartment syndrome in his legs, and rhabdomyolysis, which caused him to require extensive hospitalization and to endure the use of emergency medical and surgical procedures, such as the performance of bilateral dual fasciotomies and skin grafting on both legs.

5.

Plaintiff, Mark Reed, avers that the above-described incident and injuries were caused solely by the negligence of defendants, Boise Cascade Corporation and/or BE&K, in the following non-exclusive particulars, to-wit:

(a)    Failure to take the precautions necessary to protect plaintiff, Mark Reed, from the incident that occurred;

(b)    Failure to ensure that all suctions from the tank in question were properly secured and/or disabled prior to the time that plaintiff, Mark Reed, entered the tank and during the time that he was actually inside the tank;

(c)    Failure to install a protective screen or other device over the suction opening in question;

(d)    Failure to take proper corrective action to minimize the harm to plaintiff, Mark Reed, once the incident occurred;

(e)    Failure to rectify a dangerous condition that was known or should have been known through the exercise of reasonable care;

(f)    Failure to provide plaintiff, Mark Reed, with a safe working environment;

-2-

005.GIF

MAR 12 '02  01:27PM BE&K CORPORATE 6TH FL 2059726698                P.5

(g)    Failure to warn plaintiff, Mark Reed, of the dangers existing inside the tank in question;

(h)    Failure to properly monitor the diving operation; and

(i)    all other acts of negligence or strict liability to be proved at the trial of this matter.

6.

In the alternative, plaintiff, Mark Reed, specifically pleads the doctrine of res ipsa loquitur against defendants, Boise Cascade Corporation and/or BE&K, in the cause of his injuries.

7.

At all material times herein, defendants, Boise Cascade Corporation and/or BE&K, breached a duty owed to plaintiff, Mark Reed, to protect him from the type of harm that was inflicted upon him in this matter.

8.

As a result of the above-described incident and injuries, plaintiff, Mark Reed, is entitled to recover under the laws of the State of Louisiana, including, but not limited to, Louisiana Civil Code articles 2315, 2316, 2317, 2317.1, and 2322, among others, such damages found by the trier of fact to be reasonable in the premises, including, but not limited to, the following elements, to-wit:

(a)    Past and future physical and mental pain and suffering;

(b)    Past and future physical impairment and disability;

(c)    Past and future loss of wages or earnings;

(d)    Impairment to earning capacity;

(e)    Past and future medical costs and expenses; and

(f)    Loss of enjoyment of life.

9.

Plaintiff, Mark Reed, is entitled to and hereby requests trial by jury on all issues.

WHEREFORE, plaintiff, Mark Reed, prays that defendants, Boise Cascade Corporation and BE&K, be duly served and cited to appear and answer this Petition for Damages as provided by law, and that after all legal delays and due proceedings are had, there be judgment herein in favor of plaintiff, Mark Reed, and against defendants, Boise Cascade Corporation and BE&K, jointly and severally, for such damages as are reasonable in the premises, together with legal interest thereon

-3-

from the date of judicial demand until paid, all costs of these proceedings, and all other relief as law, equity, and nature of this action shall permit.

Respectfully submitted,

F.A. COURTENAY, JR. (B.R.# 4443)
DAVID M. FLOTTE (B.R.#1364)
JOHN D. FITZMORRIS, JR. (B.R.# 5944)
KIRK N. AURANDT (B.R.# 25336)
COURTENAY, FORSTALL, HUNTER & FONTANA
Texaco Center-Suite 1540
400 Poydras Street
New Orleans, Louisiana  70130
Telephone: (504) 566-1801
Facsimile: (504) 565-5626
Attorneys for Plaintiff, Mark Reed

**PLEASE SERVE:**

**BOISE CASCADE CORPORATION**
through its Registered Agent for Service of Process:

CT Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA  70809

**BE& K ENGINEERING COMPANY**
through its Registered Agent for Service of Process:

The Prentice-Hall Corporation System, Inc.
701 South Peters Street, Second Floor
New Orleans, LA  70130

**BE&K INC. OF ALABAMA**
through its Registered Agent for Service of Process:

The Prentice-Hall Corporation System, Inc.
701 South Peters Street, Second Floor
New Orleans, LA  70130

**BE&K CONSTRUCTION COMPANY**
through its Registered Agent for Service of Process:

The Prentice-Hall Corporation System, Inc.
701 South Peters Street, Second Floor
New Orleans, LA  70130

FILED  2-8-02
Signed
A True Copy
Dy. Clerk

-4-

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARK REED | * | CIVIL ACTION NO. _____ |
| | * | |
| VERSUS | * | |
| | * | JUDGE _____ |
| BOISE CASCADE COMPANY AND | * | |
| BE&K ENGINEERING COMPANY | * | |
| AND/OR BE&K, INC. OF ALABAMA | * | MAGISTRATE _____ |
| AND/OR BE&K CONSTRUCTION | * | |
| COMPANY | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>CERTIFICATE OF SERVICE</u>

Counsel for Defendant, **BE&K CONSTRUCTION COMPANY,** hereby certifies that promptly after filing the Notice of Removal in this Honorable Court, **BE&K CONSTRUCTION COMPANY** filed a Notice of Removal with the Clerk of Court for the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, together with a copy of the Notice of Removal which was filed in this United States District Court.

Counsel for **BE&K CONSTRUCTION COMPANY** certifies that promptly after filing said Notice of Removal in this Court on the 25th day of March, 2002 and the Notice of Removal with the Clerk of Court for the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, the Notice of Removal, together with a copy of Notice of Removal filed in the State Court were served upon F.A. Courtenay, Jr., Attorney for **MARK REED,** by mailing same in the United States Mail, postage pre-paid and properly addressed this 25th day of March, 2002.

-4-

BREAUD & LEMOINE
(A Professional Law Corporation)


_____
ANDREW H. MEYERS (14221)
600 Jefferson Street, Suite 1101
P. O. Box 3448
Lafayette, LA  70502
(337) 266-2200
Attorney for **BE&K  CONSTRUCTION
COMPANY**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARK REED | * | CIVIL ACTION NO. _____ |
| | * | |
| VERSUS | * | |
| | * | JUDGE _____ |
| BOISE CASCADE COMPANY AND | * | |
| BE&K ENGINEERING COMPANY | * | |
| AND/OR BE&K, INC. OF ALABAMA | * | MAGISTRATE _____ |
| AND/OR BE&K CONSTRUCTION | * | |
| COMPANY | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE TO PLAINTIFF OF NOTICE OF REMOVAL

TO: Mark Reed,
Plaintiff in the above-numbered cause,
through his attorney of record,
Mr. F.A. Courtenay, Jr.
Courtenay, Forstall, Hunter & Fontana
Texaco Center, Suite 1540
400 Poydras Street
New Orleans, Louisiana 70130

**PLEASE TAKE NOTICE** that **BE&K CONSTRUCTION COMPANY**, Defendant in that civil action entitled "Mark Reed v. Boise Cascade Corporation and BE&K Engineering Company and/or BE&K, Inc. of Alabama and/or BE&K Construction Company, Docket No. 492254-H, on the docket of the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, has on this 25th day of March, 2002, filed in the United States District Court for the Middle District of Louisiana, its Notice of Removal of said civil action to the United States District Court for the Middle District of Louisiana.

Copies of said Notice of Removal are served upon you herewith, and a copy of said Notice of Removal is being filed with the Clerk of the aforesaid State Court, all in conformity with Title 28, United States Code, Section 1446, as amended.

Lafayette, Louisiana this 25th day of March, 2002.

Respectfully submitted,

BREAUD & LEMOINE
(A Professional Law Corporation)

_____
ANDREW H. MEYERS (14221)
600 Jefferson Street, Suite 1101
P. O. Box 3448
Lafayette, LA  70502
(337) 266-2200
Attorney  for  **BE&K  CONSTRUCTION COMPANY**

-2-